UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RUBIN LAMONT STONE #489704,

    Plaintiff,

v.

SARAH SCHROEDER, et al.,

    Defendants,

_____/

Hon. Maarten Vermaat

Case No. 2:21-cv-00209-MV

## ORDER

This is a civil rights action brought by a pro se plaintiff under 42 U.S.C. § 1983. On August 19, 2022, an early mediation conference took place involving plaintiff. As a result of that mediation conference the parties have agreed to settle this matter in its entirety. (ECF No. 13). Accordingly,

**IT IS ORDERED** that this case be **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Rubin Lamont Stone #489704 shall be waived, and the MDOC shall no longer collect plaintiff's remaining filing fee.

**IT IS SO ORDERED**.

Date: August 19, 2022

/s/ *Maarten Vermaat*
Maarten Vermaat
United States Magistrate Judge